# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et. al.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF SHARON L. MILLER; SHARON L. MILLER,<br><br>　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-50568 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss
COUNTY OF NASSAU　　）

I, Alison Moodie, being duly sworn, depose and state:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1.  I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success NY 11042.

2.  On April 13, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Voluntary Dismissal of Adversary Proceeding** [Adv. Docket No. 11] to be served by first class mail on the parties identified on Exhibit A annexed hereto (Defendant Parties).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
17th day of April, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

---

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3] The envelopes used for service on the parties in Exhibit A included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BRADLEY E. SCAFE, R/A FOR MAINSTAR TRUST | 5901 COLLEGE BLVD., STE. 100 | | | | LEAWOOD | KS | 66211-1834 |
| SHARON L MILLER | 1463 E 10TH ST | | | | YUMA | AZ | 85365 |